# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MICHELLE BROWN,

      Plaintiff,

v.                                 Case No: 8:15-cv-382-T-30TGW

NEIGHBORHOOD RESTAURANT
PARTNERS FLORIDA, LLC,

      Defendant.

_____

## ORDER

The Court has been advised via a Joint Notice of Settlement (Dkt. #11) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs.   **No party (or their counsel) shall make any payment of fees or costs without**

**prior authorization or approval from this Court.**    All pending motions, if any, are

**DENIED** as moot.   The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida, this 7th day of May, 2015.


_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record